BERRY STRAUGHN, *Appellant,* v. E. C. STRICKLAND *et al.,*
*Appellees.*

Decision Filed June 6, 1921.

A Writ of Error to the Court of Record for Escambia
County; C. Moreno Jones, Judge.

*R. P. Reese* and *John P. Stokes,* for Appellant;

*Wm. Fisher,* for Appellees.

PER CURIAM.—In a bill of complaint brought to get re-
lief from a mortgage which apparently is not a valid lien
upon the complainant's title to the lands involved, there
are allegations of imposition upon the complainant and
his wife, "being negroes, ignorant, uneducated and un-
able to read and write," who relied upon the integrity of
the persons with whom they were dealing.

The allegations admitted by the demurrer show an
equity, and the demurrer should not have been sustained
or the bill dismissed.

Reversed for appropriate procedure.

All concur.